UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAROLD FORD | Crim. No. 06-643 |

**ORDER**

**AND NOW**, on this 23rd day of April, 2009, for the reasons stated in the accompanying opinion, it is hereby **ORDERED** that defendant's motion for judgment of acquittal on count one of the indictment is **DENIED**.  Defendant's motion to set aside the guilty verdict on that count, due to prosecutorial misconduct, is **GRANTED**.  Defendant will be granted a new trial.

    /s/ Louis H. Pollak
Pollak, J.